UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DERRICK JEROME ALLEN (#295151)

VERSUS                                    CIVIL ACTION

N. BURL CAIN, ET AL                       NUMBER 11-211-FJP-SCR

## ORDER TO SUPPLEMENT STATE COURT RECORD

Petitioner Derrick Jerome Allen applied to this Court for a writ of habeas corpus, and pursuant to an order from this court, the Clerk of Court for the Nineteenth Judicial District Court filed portions of the state court record.  A review of the petitioner's federal habeas corpus application and the State's response showed that the entire state court record is required to adequately review the petitioner's federal habeas corpus application.

Therefore;

IT IS ORDERED that within 10 days from the date of this order the Clerk of Court for the Nineteenth Judicial District Court shall supplement his response to this court's order by filing a certified copy of the entire State Court record, including transcripts of <u>all</u> proceedings held in the State Court including but not limited to the entire trial transcript and the transcript of the hearing held pursuant to *Faretta v. California,*[1] all documents filed in connection with any appeal or application for post-conviction

---

[1] 422 U.S. 806, 95 S.Ct. 2525 (1975).

relief presented to any and all state district or appellate courts, and copies of all State Court dispositions, which were not previously produced. In the event the Clerk of Court is unable to produce any of the above records, he shall advise this court in writing why he is unable to produce the record.

IT IS FURTHER ORDERED that the Clerk of Court serve, by certified mail or other means which provides tracking and delivery confirmation, a copy of this order on the Clerk of Court for the Nineteenth Judicial District.

Baton Rouge, Louisiana, February 15, 2012.

STEPHEN C. RIEDLINGER
UNITED STATES MAGISTRATE JUDGE

 FedEx Shipment Notification
trackingupdates
to:
02/16/2012 02:12 PM
Hide Details
From: trackingupdates@fedex.com

Please respond to trackingmail@fedex.com

_____

This tracking update has been requested by:

Company Name:            USDC MIDDLE DISTRICT OF LA
Name:                    Nick J. Lorio
E-mail:

_____


Nick J. Lorio of USDC MIDDLE DISTRICT OF LA sent Clerk of Court 19th JDC of
Clerk of Court 19th JDC 1 FedEx Standard Overnight package(s).

This shipment is scheduled to be sent on 02/16/2012.


Reference information includes:

Reference:               3:11-cv-00211-FJP -SCR
Special handling/Services:   Deliver Weekday

Status:                  Shipment information sent to
                         FedEx

Tracking number:         798068822023
                         _____


To track the latest status of your shipment, click on the tracking number
above, or visit us at fedex.com.

To learn more about FedEx Express, please visit our website at fedex.com.

This tracking update has been sent to you by FedEx on the behalf of the
Requestor noted above. FedEx does not validate the authenticity of the
requestor and does not validate, guarantee or warrant the authenticity of the
request, the requestor's message, or the accuracy of this tracking update. For
tracking results and fedex.com's terms of use, go to fedex.com.

Thank you for your business.                 _____