UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DERRICK JEROME ALLEN (#295151)

VERSUS

N. BURL CAIN, ET AL

CIVIL ACTION

NO. 11-211-SDD-SCR

## RULING AND ORDER OF DISMISSAL

The Court has considered the *Petition*, the record, the law applicable to this action, and the *Report and Recommendation* of United States Magistrate Judge Stephen C. Riedlinger dated July 30, 2013. Plaintiff has filed an out-of-time objection which the Court has also considered.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the *Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody* filed by Derrick Jerome Allen is denied and this matter is hereby dismissed.

Baton Rouge, Louisiana, August 20th, 2013.

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA